# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | Case No.: 99-12251 |
| ) | |
| Oscar B. Stinson, ) | |
| DBA Proud Mary Trucking, Inc. ) | |
| and Mary W. Stinson ) | Chapter: 7 |
| ) | |
| Debtor(s) ) | |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of $7,439.46 was issued by the trustee to American Express Travel Related Services Co., Inc., claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:

   Name: American Express Travel Related Services Co., Inc.
   Address: M/C 49-02-22
   Attn ABP/Phx Receivables
   PO Box 53860, Phoenix, AZ, 85072
   Telephone number: (623) 516-6852

4. The claimant's social security or tax identification number is provided to the court on Exhibit A.

5. The claimant did not receive or negotiate the dividend check for the following reason(s):

   The court records indicate that the check was sent to: POB3001 Malvem, PA 19355-070 when indeed the correct address is: PO BOX 53860, Phoenix, AZ 85072

6. I am the claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached.

   Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant.

   DATED: 8/17/09

   _____
   Claimant's Signature

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 99-12251 |
| | ) | |
| Oscar B. Stinson, | ) | |
| DBA Proud Mary Trucking, Inc. | ) | |
| and Mary W. Stinson | ) | Chapter: 7 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned <u>NeelyGoen</u> of
<u>American Property Locators 3855 S.</u>
<u>Boulevard, Ste. 200 Edmond, OK</u>
<u>73013</u>

hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the __17__ day of _August_, 20_09_, I served a copy of the foregoing Motion for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

U.S. Attorney for the Middle District of NC
P.O. Box 1858
Greensboro, NC 27402

Executed __8/17/09__    By: _____
(Date)                      (Signature)

Exhibits on file with

U.S. Bankruptcy Court
Middle District of N.C.
Clerks Office

Financial Department